# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 22, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135742(51)

AGRIS PAVLOVSKIS,
      Plaintiff-Appellant,

v

          SC: 135742
          COA: 275236
          Ingham CC: 05-000523-NZ

CITY OF EAST LANSING, and
EAST LANSING CITY CLERK,
      Defendants-Appellees.

_____/

      On order of the Court, the motion for reconsideration of this Court's June 25, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2008               _____
                                         Clerk

d0915